**DISMISS; and Opinion Filed July 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01391-CV

### MARSHA FONTANIVE, Appellant

### V.

### CDX HOLDINGS, INC, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01736-A**

## MEMORANDUM OPINION
Before Justices Bridges, Lang, and Schenck
Opinion by Justice Schenck

Stating she and appellee have settled the underlying litigation, appellant has filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). We **GRANT** the motion and dismiss the appeal. *See id.*

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

141391F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

MARSHA FONTANIVE, Appellant

No. 05-14-01391-CV  V.

CDX HOLDINGS, INC, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-14-01736-A.
Opinion delivered by Justice Schenck.
Justices Bridges and Lang participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Based on the parties' agreement, we **ORDER** each party bear its own costs of this appeal.

Judgment entered this 30th day of July, 2015.